ORIGINAL

FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0697



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0697

_____

CHRISTOPHER "GREG" THOMAS,
MARGARET THOMAS,

    Plaintiffs and Appellants,

v.

HJM CONSTRUCTION, LLC, GARY JENSEN,

    Defendants and Appellees.

_____

**O R D E R**

FILED

JAN 0 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The parties have filed a joint Stipulation to Dismiss With Prejudice. Good cause appearing,

IT IS HEREBY ORDERED that this appeal is DISMISSED WITH PREJUDICE, each party to bear their own attorney fees and costs.

DATED this 4th day of January, 2024.

    For the Court,

_____
Chief Justice